UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AARON KLUMP,

       Plaintiff,

v.                                   Case No:   2:13-cv-245-FtM-38DNF

EXPERIAN INFORMATION SOLUTIONS, INC. and BANK OF AMERICA CORPORATION,

       Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on the Plaintiff, Aaron Klump and the Defendants, Experian Information Solutions, Inc. and Bank of America Corporation's Stipulation of Voluntary Dismissal with Prejudice (Doc. #36) filed on March 4, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, the Plaintiff informs the Court that the Parties agree to the voluntarily dismissal of the Complaint with prejudice. Therefore, the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Aaron Klump and the Defendants, Experian Information Solutions, Inc. and Bank of America Corporation's Stipulation of Voluntary Dismissal with Prejudice ([Doc. #36](Doc. #36)) is **GRANTED**.  The case is hereby **DISMISSED with prejudice**. The Clerk of the Court is directed to enter judgment accordingly, terminate any and all pending motions and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record